EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte | 2004 TSPR 196 |
| Olga M. Martínez Rodríguez | 163 DPR \_\_\_\_ |

Número del Caso: TS-13009


Fecha: 10 de diciembre de 2004


Colegio de Abogados de Puerto Rico:

        Lcdo. José M. Montalvo Trías
        Director Ejecutivo

Abogada de la Parte Peticionaria:

        Por Derecho Propio

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

 Olga M. Martínez Rodríguez         TS-13009

RESOLUCIÓN

San Juan, Puerto Rico, a 10 de diciembre de 2004.

Examinada la petición presentada por la Lcda. Olga M. Martínez Rodríguez solicitando darse de baja voluntariamente del ejercicio de la abogacía, así como la Moción del Colegio de Abogados de Puerto Rico expresando, luego de haber hecho la investigación correspondiente, no tener objeción alguna a tal petición, se accede a lo solicitado efectivo inmediatamente. La peticionaria deberá notificar a todos los clientes a quienes actualmente representa, si alguno, de su renuncia al ejercicio de la abogacía. Además, deberá tomar las medidas correspondientes para devolver los expedientes de los casos activos a aquellas personas que así lo soliciten.

Lo acordó el Tribunal y certifica la Subsecretaria del Tribunal Supremo. El Juez Asociado señor Rivera Pérez no intervino.

María I. Colón Falcón
Subsecretaria del Tribunal Supremo